

# THE THIRTEENTH COURT OF APPEALS

13-13-00571-CR

The State of Texas
v.
Olin Anthony Robinson

On Appeal from the
24th District Court of Jackson County, Texas
Trial Cause No. 05-5-7221

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed. The Court orders the appeal

DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

August 26, 2014